UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VASSILIS PANAGOULOPOULOS,

                       Plaintiffs,

v.

U.S. POSTAL SERVICE,

                       Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 2 9 2005 ★

BROOKLYN OFFICE

Civil Action No. CV-05-264
(Garaufis, J.) (Bloom, M.J.)

**STIPULATION AND ORDER**
**OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Vassilis Panagoulopoulos, acting pro se, and Defendant United States Postal Service, through its undersigned attorney, that the claims against the defendant in the above-captioned action are dismissed with prejudice and without costs, fees, or expenses to any party.

AGREED TO BY THE PARTIES:

VASSILIS PANAGOULOPOULOS
143-23 Rose Avenue
Flushing, New York 11355
(718) 939-5439

*Pro Se Plaintiff*

By: _____
    VASSILIS PANAGOULOPOULOS

Dated: June 15, 2005

So ordered.
/s/ N. Garaufis
June 26, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza – 14th Floor
Brooklyn, New York 11201
(718) 254-7000

*Attorney for Defendant United States of America*

By: _____
    STEVEN M. WARSHAWSKY (SW 5431)
    Assistant United States Attorney
    (718) 254-6060

Dated: June 15, 2005